# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILTON AL STEWART | ) | CIVIL ACTION NO. |
| | ) | 3:21cv204 (SRU) |
| v. | ) | |
| | ) | |
| LAZY DOG MANAGEMENT, LLC, et al | ) | APRIL 13, 2021 |

## <u>ANSWER, AFFIRMATIVE DEFENSE AND JURY DEMAND</u>

**INTRODUCTION**

1.      As to the paragraphs that constitute an unnumbered introduction to the Complaint, the defendants deny the material allegations contained therein and as to the remaining narrative contained therein to the extent a response is required, the defendants have insufficient knowledge or information upon which to form a belief and, therefore, leave the plaintiff to his proof.

**JURISDICTION AND VENUE**

1.      With respect to paragraph 1, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

2.      With respect to paragraph 2, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

**FACTUAL ALLEGATIONS (Parties)**

3.      With respect to paragraph 3, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

4.     With respect to paragraph 4, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

5.     The allegations in paragraph 5 are admitted.

6.     The allegations in paragraph 6 are admitted.

7.     The allegations in paragraph 7 are admitted.

8.     With respect to paragraph 8, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

9.     The allegations in paragraph 9 are admitted.

10.    The allegations in paragraph 10 are admitted.

11.    The allegations in paragraph 11 are admitted.

12.    With respect to paragraph 12, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

13.    With respect to paragraph 13, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

14.    The allegations in paragraph 14 are denied.

15.    The allegations in paragraph 15 are denied.

16.    The allegations in paragraph 16 are denied.

17.    The allegations in paragraph 17 are denied.

18.     With respect to paragraph 18, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

19.     With respect to paragraph 19, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

20.     With respect to paragraph 20, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

21.     The allegations in paragraph 21 are denied.

22.     The allegations in paragraph 22 are denied.

23.     With respect to paragraph 23, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

24.     The allegations in paragraph 24 are denied.

**Defendants Are an Enterprise Covered by the FLSA**

25.     With respect to paragraph 25, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

26.     With respect to paragraph 26, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

27.     With respect to paragraph 27, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

28.     With respect to paragraph 28, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

29.     With respect to paragraph 29, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

30.     The allegations in paragraph 30 are admitted.

31.     The allegations in paragraph 31 are admitted.

**The Secretary's First Investigation of the Ole Dog and Chubby's**

32.     With respect to paragraph 32, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

33.     With respect to paragraph 33, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

34.     With respect to paragraph 34, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

35.    With respect to paragraph 35, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

36.    With respect to paragraph 36, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

37.    The allegations in paragraph 37 are admitted.

38.    The allegations in paragraph 38 are admitted.

39.    The allegations in paragraph 39 are admitted.

40.    With respect to paragraph 40, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

41.    With respect to paragraph 41, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

42.    With respect to paragraph 42, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

**The Secretary's Second Investigation of the Ole Dog**

43.    With respect to paragraph 43, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

44.     With respect to paragraph 44, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

45.     With respect to paragraph 45, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

46.     With respect to paragraph 46, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

47.     The allegations in paragraph 47 are admitted.

48.     The allegations in paragraph 48 are admitted.

49.     The allegations in paragraph 49 are admitted.

50.     The allegations in paragraph 50 are admitted.

51.     With respect to paragraph 51, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

52.     With respect to paragraph 52, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

**Defendants' Kickback Scheme and Unlawful Retaliation**

53.     The allegations in paragraph 53 are denied.

54.     The allegations in paragraph 54 are denied.

55.     With respect to paragraph 55, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

56.     With respect to paragraph 56, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

57.     The allegations in paragraph 57 are denied.

58.     The allegations in paragraph 58 are denied.

59.     The allegations in paragraph 59 are denied.

60.     With respect to paragraph 60, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

61.     With respect to paragraph 61, the defendants do not have sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiff to his proof.

62.     The allegations in paragraph 62 are denied.

63.     The allegations in paragraph 63 are denied.

64.     The allegations in paragraph 64 are denied.

**COUNT ONE**

65.     As to paragraph 65, the defendants hereby incorporate all the responses in paragraphs 1 through 64 as though fully restated and set forth herein.

66.     The allegations in paragraph 65 are admitted.

67.     The allegations in paragraph 67 are denied.

68.     The allegations in paragraph 68 are denied.

69.     The allegations in paragraph 69 are denied.

## COUNT TWO

70.     As to paragraph 70, the defendants hereby incorporate all the responses in paragraphs 1 through 69 as though fully restated and set forth herein.

71.     The allegations in paragraph 71 are denied.

72.     The allegations in paragraph 72 are denied.

73.     The allegations in paragraph 73 are denied.

74.     The allegations in paragraph 74 are denied.

## COUNT THREE

75.     As to paragraph 75, the defendants hereby incorporate all the responses in paragraphs 1 through 74 as though fully restated and set forth herein.

76.     The allegations in paragraph 76 are denied.

77.     The allegations in paragraph 77 are denied.

78.     The allegations in paragraph 78 are denied.

79.     The allegations in paragraph 79 are denied.

## FIRST AFFIRMATIVE DEFENSE

Failure to state a claim upon which relief can be granted.

## JURY TRIAL DEMAND

The Defendants hereby demand a jury trial.

THE DEFENDANTS
LAZY DOG MANAGEMENT, LLC
CHUBBYLOVE, LLC
CHRISTOPHER DELMONICO and
NIALL O'NEILL

By: _____

Richard J. Buturla
Berchem Moses PC
75 Broad Street
Milford, CT 06460
(203) 783-1200
Federal Bar No. ct05967
rbuturla@berchemmoses.com

## CERTIFICATION

I hereby certify that on April 13, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.

_____
Richard J. Buturla