UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MILTON AL STEWART, Acting Secretary of Labor, United States Department of Labor,[1]<br><br>Plaintiff,<br><br>v.<br><br>LAZY DOG MANAGEMENT, LLC d/b/a THE OLE DOG TAVERN, CHUBBYLOVE, LLC d/b/a CHUBBY'S, CHRISTOPHER DELMONICO, and NIALL O'NEILL,<br><br>Defendants. | Civil Action No. 3:21-cv-00204-SRU<br><br>February 18, 2022 |

## JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER

Plaintiff Secretary of Labor, United States Department of Labor, and Defendants Lazy Dog Management, LLC d/b/a The Ole Dog Tavern, ChubbyLove, LLC d/b/a Chubby's, Christopher Delmonico, and Niall O'Neill hereby move the Court to approve the Consent Judgment and Order attached hereto as Exhibit 1.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Secretary of Labor Martin J. Walsh is automatically substituted as the proper Plaintiff in this case. For ease of reference, the Secretary and his pertinent predecessors will be referred to herein as the "Secretary" or "Plaintiff."

Respectfully submitted,

| **For the Secretary:** | **For All Defendants:** |
|---|---|
| Seema Nanda | |
| Solicitor of Labor | /s/ Christopher M. Hodgson |
| | Christopher M. Hodgson |
| Maia S. Fisher | Bar No. ct00574 |
| Regional Solicitor | chodgson@berchemmoses.com[2] |
| | Richard J. Buturla |
| Mark A. Pedulla | Bar No. ct05967 |
| Wage and Hour Counsel | rbuturla@berchemmoses.com |
| | |
| /s/ Emily V. Wilkinson | Berchem Moses PC |
| Emily V. Wilkinson | 75 Broad Street |
| Trial Attorney | Milford, CT 06460 |
| wilkinson.emily.v@dol.gov | TEL: (203) 783-1200 |
| Massachusetts BBO No. 699512 | FAX: (203) 226-1641 |
| | |
| U.S. Department of Labor | Attorneys for Defendants |
| Attorneys for Plaintiff | |
| | Date: February 18, 2022 |
| Post Office Address: | |
| U.S. Department of Labor | |
| Office of the Solicitor | |
| John F. Kennedy Federal Building | |
| Room E-375 | |
| Boston, MA 02203 | |
| TEL: (617) 565-2500 | |
| FAX: (617) 565-2142 | |
| | |
| Date: February 18, 2022 | |

---

[2] As required by Section XI.D of the Electronic Filing Policies and Procedures for the United States District Court for the District of Connecticut, Attorney Christopher M. Hodgson hereby gives his consent to attorney Emily V. Wilkinson to electronically file this document with his electronic signature.

**Certificate of Service**

    I hereby certify that on February 18, 2022, the foregoing Joint Motion to Approve Consent Judgment and Order was filed electronically in the CM/ECF system and served on all registered participants as identified on the Notice of Electronic Filing.

                                              /s/ Emily V. Wilkinson
                                              Emily V. Wilkinson